**Order entered May 15, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-11-01501-CR
No. 05-11-01502-CR

**KEVEN C. CALDWELL, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

### On Appeal from the 363rd Judicial District Court
### Dallas County, Texas
### Trial Court Cause Nos. F09-25227-W & F09-72926-W

## ORDER

Before the Court is Keven C. Caldwell's April 10, 2013 Motion to Request Trial Transcripts in Order to File Pro Se Appeal Brief and/or Petition for Discretionary Review. Caldwell filed his petition for discretionary review on April 29, 2013. Accordingly, we **DENY** this motion as moot.

/s/ ROBERT M. FILLMORE
JUSTICE